IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH KENNETH COLONE, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:07-CV-275 |
| UNITED STATES OF AMERICA | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Joseph Kenneth Colone, Jr., a prisoner confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, filed this civil action against the United States of America.[1]

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the case without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

---

[1] The plaintiff sought relief under 28 U.S.C. § 2241. Because plaintiff requested the return of his property, the case was construed as a civil action brought pursuant to 28 U.S.C. § 1331. *See Clymore v. United States*, 217 F.3d 370, 373 (5th Cir. 2004).

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 26 day of **November, 2007.**

_____
Thad Heartfield
United States District Judge